**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION**

**LARRY MATTHEW PUCKETT**                                                        **PETITIONER**

**VS.**                                                      **CIVIL ACTION NO. 2:04CV302HSO**

**CHRISTOPHER B. EPPS, Commissioner,
Mississippi Department of Corrections and
LAWRENCE KELLY, Superintendent,
Mississippi Department of Corrections**                           **RESPONDENTS**

**ORDER**

In its consideration of the issues raised by the Petition for Writ of Habeas Corpus filed in this matter, the Court has reviewed the state court record submitted by the Respondents. To more fully consider those issues, the Court has determined that two exhibits presented to the jury at Petitioner's trial, but not included in the state court record sent to this Court, should also be reviewed. Those exhibits relate to the 911 calls that were made by the victim's mother and husband on the day of the murder. The Court understands that there was no transcript of the calls submitted to the jury; therefore, the Court needs the actual tape of those calls, as well as the printout of the log of those calls. Those exhibits were numbered 19 and 21-A at trial. While it is likely that those exhibits have been returned to the Circuit Court of Forrest County, Respondents should be able to obtain them.

IT IS, THEREFORE, ORDERED that Respondents obtain and deliver to the Court Exhibits 19 and 21-A that were submitted to the jury during the trial of this matter, those exhibits being the printout of the log of the 911 calls made by the victim's mother and husband on the day of the crime, as well as the tape of those calls.

IT IS FURTHER ORDERED that these exhibits be delivered to this Court on or before February 16, 2009.

IT IS SO ORDERED, this the 30th day of January, 2009.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE