IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

**LARRY MATTHEW PUCKETT**                                                                       **PETITIONER**

**VS.**                                         **CIVIL ACTION NO. 2:04CV302HSO**

**CHRISTOPHER B. EPPS, Commissioner,**
Mississippi Department of Corrections and
**LAWRENCE KELLY, Superintendent,**
Mississippi Department of Corrections                                **RESPONDENTS**

## ORDER

As part of its review of the Petition for Writ of Habeas Corpus filed by Larry Matthew Puckett, the Court directed that the jury questionnaires submitted to the trial court should be made available, pursuant to Rule 7 of the Rules Governing Section 2254 Cases in the United States District Courts. Since the Court reviewed those questionnaires and relied on their contents in determining the issues contained in that Petition, it is appropriate to make those questionnaires part of the Court's record in this matter.

IT IS, THEREFORE, ORDERED that the questionnaires that were delivered to the undersigned by the Respondents pursuant to the Court's Order of February 11, 2009, be made a part of the Court's record in this matter, and those questionnaires will be delivered to the Clerk of the Court for filing.

IT IS SO ORDERED, this the 28th day of October, 2009.

                                                     *s/ Halil Suleyman Ozerden*
                                                     HALIL SULEYMAN OZERDEN
                                                     UNITED STATES DISTRICT JUDGE